IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| JUDY HATTEN, individually, and JUDY HATTEN as Administrator of the Estate of Ormon Hatten, deceased,<br><br>Plaintiff,<br><br>v<br><br>GEORGE MICHAEL HATTEN, and LIBERTY MUTUAL INSURANCE COMPANY, by and through the North Carolina Department of Insurance,<br><br>Defendants. | CIVIL NO. 1:06-CV-319 |

## ORDER

**THIS MATTER** is before the court upon the defendant, Liberty Life Assurance Company's motion for admission *pro hac vice* of Ashley B. Abel and Robert M. Wood of the law firm of Jackson Lewis LLP, to appear as additional counsel for the defendant, Liberty Life Assurance Company, in this matter filed on September 26, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Ashley B. Abel and Robert M. Wood are hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: October 2, 2006

Dennis L. Howell
United States Magistrate Judge